7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Nichole Gearldine Jones
*Debtor*

*Bankruptcy Case No.*
14–43940–drd7

**Erlene W Krigel**
   Plaintiff(s)

*Adversary Case No.*
15–04138–drd

v.

**Nichole Gearldine Jones**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is entered in favor of the Plaintiff and against the Defendant. The Defendant is ordered to pay to Plaintiff the amount of $2,750.00, being a total of $1,510.00 for the 2014 tax refund, $890.00 for Plaintiffs attorneys fees, and $350.00 for Court costs. The Defendants discharge is hereby revoked. This judgment is a final judgment for purposes of execution.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 12/3/15

Court to serve